## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07 cv 10289                                                    Purchased/Filed: November 13, 2007

STATE OF NEW YORK          UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT

Viktor Geroczi                                                                         Plaintiff

against

The New York City Department of Education, Hoyt Transportation Corp., and Philip B. DeMarco   Defendant

STATE OF NEW YORK
COUNTY OF ALBANY          SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____December 19, 2007_____, at __2:00 pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action, Complaint with Demand for Jury Trial, Individual Practices of Judge Paul A> Crotty, U.S.D.J., and Individual Practiced of Judge Francis   on

_____Hoyt Transportation Corp._____, the Defendant in this action, by delivering to and leaving with _____Chad Matice_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __28__    Approx. Wt: __200__    Approx. Ht: __6'0"__
Color of skin: __White__   Hair color: __Brown__   Sex: __M__   Other: _____

Sworn to before me on this

21st  day of  _____December, 2007_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0710703

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

                           Case No.: 07 CV 10289

------------------------------------------------------------------

VIKTOR GEROCZI,

                         Plaintiff,
     -against-


THE NEW YORK CITY DEPARTMENT OF EDUCATION,
HOYT TRANSPORTATION CORP. and PHILIP B. DEMARCO,

                        Defendants.

------------------------------------------------------------------

------------------------------------------------------------------

### AFFIDAVIT OF SERVICE

------------------------------------------------------------------

**RONAI & RONAI, L.L.P.**
Attorneys for Plaintiffs
34 Adee Street
Port Chester, New York 10573
(914) 824-4777