UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

VIKTOR GEROCZI,

CASE NO. 07 CV 10289

                      Plaintiff,

-against-

**AFFIDAVIT OF SERVICE**

THE NEW YORK CITY DEPARTMENT OF EDUCATION,
HOYT TRANSPORTATION CORP. and PHILIP B. DEMARCO,

                      Defendants.
------------------------------------------------------------x

STATE OF NEW YORK: COUNTY OF WESTCHESTER: ss: BORIS GAVIRIA. Being sworn, says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York.

That on December 7, 2007, at 2:12 PM served the within Summons in a Civil Action, Complaint and Jury Demand on defendant THE NEW YORK CITY DEPARTMENT OF EDUCATION.

LOCATED AT: 100 Church Street, New York, New York 10007 (herein after called recipient) therein named.

By delivering a true copy of each to an OFFICER OF THE CORPORATION: NEW YORK CITY DEPARTMENT OF EDUCATION, and that deponent knew the person so served to be an OFFICER OF THE CORPORATION: Tameka Mendes-Gammon.

DESCRIPTION

| | |
|---|---|
| Sex: | Female |
| Color of Skin: | Brown |
| Color of Hair: | Black |
| Approx Age: | 25-30 |
| Approx Height: | 5'3" - 5'5" |
| Approx Weight: | 120 - 130 LBS |
| Color of Eyes: | Brown |

Sworn to before me
on January 22, 2008

_____
BORIS GAVIRIA

NOTARY PUBLIC

RITA D. PRETTLER
Notary Public, State of New York
No. 01BR6154208
Qualified in Nassau County
Commission Expires October 23, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No.: 07 CV 10289

---

VIKTOR GEROCZI,

                      Plaintiff,

-against-


THE NEW YORK CITY DEPARTMENT OF EDUCATION,
HOYT TRANSPORTATION CORP. and PHILIP B. DEMARCO,

                      Defendants.

---

**AFFIDAVIT OF SERVICE**

---

**RONAI & RONAI, L.L.P.**
Attorneys for Plaintiffs
34 Adee Street
Port Chester, New York 10573
(914) 824-4777