UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

VIKTOR GEROCZI,

                       Plaintiff,

-against-

THE NEW YORK CITY DEPARTMENT OF EDUCATION,
HOYT TRANSPORTATION CORP. and PHILIP B. DEMARCO,

                       Defendants.
-----------------------------------------------------------------x

CASE NO. 07 CV 10289

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF WESTCHESTER: ss: BORIS GAVIRIA. Being sworn, says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York.

That on December 31, 2007, at 11:21 AM served the within Summons in a Civil Action, Complaint and Jury Demand on PHILLIP B. DEMARCO, by leaving true copy to a person of suitable age and discretion at PHILLIP B. DEMARCO's residence or usual place of abode.

SUITABLE AGE PERSON: PETRINA DEMARCO (Wife)

LOCATED AT: 1304 Woodrow Road, Staten Island, New York 10309 (herein after called recipient) therein named.

INDIVIDUAL: By delivering a true copy of each to PETRINA DEMARCO, and that the deponent knew the person to be: PETRINA DEMARCO.

DESCRIPTION

| | |
|---|---|
| Sex: | Female |
| Color of Skin: | Caucasian |
| Color of Hair: | Brown |
| Approx Age: | 30-33 |
| Approx Height: | 5'5" - 5'7" |
| Approx Weight: | 125 - 135 LBS |
| Color of Eyes: | Brown |

Sworn to before me
on January 18, 2008

_____
NOTARY PUBLIC

RITA D. BRETTLER
Notary Public, State of New York
No. 01BR6154208
Qualified in Nassau County
Commission Expires October 23, 2010

_____
BORIS GAVIRIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No.: 07 CV 10289

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

VIKTOR GEROCZI,

                        Plaintiff,

   -against-

THE NEW YORK CITY DEPARTMENT OF EDUCATION,
HOYT TRANSPORTATION CORP. and PHILIP B. DEMARCO,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

--------------------------------------------------------------

### AFFIDAVIT OF SERVICE

--------------------------------------------------------------

**RONAI & RONAI, L.L.P.**
Attorneys for Plaintiffs
34 Adee Street
Port Chester, New York 10573
(914) 824-4777