UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

VIKTOR GEROCZI,

CASE NO. 07 CV 10289

                    Plaintiff,

-against-

**AFFIDAVIT OF MAILING**

THE NEW YORK CITY DEPARTMENT OF EDUCATION,
HOYT TRANSPORTATION CORP. and PHILIP B. DEMARCO,

                    Defendants.
-----------------------------------------------------------x

STATE OF NEW YORK
COUNTY OF WESTCHESTER

    Isaura Torres, being duly sworn, says:

    I am not a party to the action; I reside at Bronx, New York, and I am over 18 years of age.

    On January 11, 2008, I mailed the within Summons in a Civil Action, Complaint and Jury Demand by depositing true copies thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following at the last known residence set forth below:

PHILIP DEMARCO
1304 Woodrow Road
Staten Island, New York 10309

Sworn to before me
on January 11, 2008

_____
NOTARY PUBLIC

                        ISAURA TORRES

RITA D.
Notary Public ... York
No. 0...
Qualified ...
Commission E... ..., 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No.: 07 CV 10289

------------------------------------------------------------------------

VIKTOR GEROCZI,

                          Plaintiff,

    -against-

THE NEW YORK CITY DEPARTMENT OF EDUCATION,
HOYT TRANSPORTATION CORP. and PHILIP B. DEMARCO,

                        Defendants.

------------------------------------------------------------------------

**AFFIDAVIT OF MAILING**

------------------------------------------------------------------------

**RONAI & RONAI, L.L.P.**
Attorneys for Plaintiffs
34 Adee Street
Port Chester, New York 10573
(914) 824-4777